FILED

NOV 0 5 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JORDEN SAMUEL BUTLER, <br><br> Defendant. | CR-18-08-BLG-SPW <br><br><br> **ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL** |

Upon the Defendant's Unopposed Motion for Leave to File Motion to Continue Under Seal (Doc. 30), and good cause appearing,

IT IS HEREBY ORDERED that Defendant's unopposed motion to file under seal is **GRANTED**.

DATED this 5th day of November, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1