FILED

APR 26 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JORDEN SAMUEL BUTLER, <br><br> Defendant. | CR 18-08-BLG-SPW <br><br> ORDER |

For the reasons stated on the record,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday, April 26, 2019 at 9:30 a.m. is **VACATED** and reset to commence on **Friday, May 17, 2019 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 26th day of April, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1